# EXHIBIT B

**Tammy Villanueva**

**From:** Molly Craig
**Sent:** Sunday, October 11, 2026 11:58 AM
**To:** 'cramsey@bosticlaw.com'
**Cc:** Hynes, Paul B.
**Subject:** Eni Clement Okonofua, MD v. CVS Pharmacy, Inc.

Dear Chris,

Our law firm along with Paul Hynes of Zuckerman Spaeder represent CVS in the above-referenced matter. I am writing to request that we enter into a stipulation that the amount in controversy exceeds $75,000.00. If you believe the amount in controversy in this case does not exceed $75,000.00, please advise. Thank you and we look forward to working with you.

Best,
Molly

**Molly H. Craig**
**Partner**
**Molly.Craig@hoodlaw.com**

HOOD LAW FIRM LLC

**172 Meeting Street**
**P.O. Box 1508**
**Charleston, SC 29401**

**Telephone: (843) 577-1215**
**Telephone – Main: (843)577-4435**
**Fax: (843) 722-1630**
**www.hoodlaw.com**