UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ENI CLEMENT OKONOFUA, MD, *Plaintiff,* | ) | C/A No. 2:26-cv-4798-RMG |
| Versus | ) | **ANSWERS TO RULE 26.01 INTERROGATORIES** |
| CVS PHARMACY, INC., *Defendant.* | ) | |

TO: CHRISTOPHER M. RAMSEY, ATTORNEY FOR THE PLAINTIFF:

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Defendant CVS Pharmacy, Inc. ("Defendant"), by its undersigned attorneys, makes the following answers to Court-ordered Interrogatories:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None known at this time.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiff is requesting a jury trial on all claims contained in the Amended Complaint. Defendant requests a jury trial on all such claims as well.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**<u>ANSWER:</u> Defendant is not a publicly-owned company. (1) CVS Health Corporation. (2) N/A. (3) N/A.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**<u>ANSWER:</u> Upon information and belief, Plaintiff is a natural person who resides in this division. Defendant is a resident of Rhode Island. Defendant is removing this action from the Court of Common Pleas for Charleston County, which is located in this division, to this Court.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**<u>ANSWER:</u> Upon information and belief, Defendant is not aware of any such matter filed in this district.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**<u>ANSWER:</u> Defendant does not contend that it is improperly identified.**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER:** **Unknown at this time. Defendant was just served, and discovery has not yet begun. Defendant will supplement this response should responsive information be obtained.**

(H) [Parties or Intervenors in a Diversity Case.] In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name--and identify the citizenship of--every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:** **Plaintiff is a citizen of South Carolina. Defendant is a Rhode Island corporation, and its principal place of business also is in Rhode Island.**

**Defendant specifically reserves the right to supplement and/or change its Answers to these Interrogatories as discovery progresses in this case.**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630

*s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com

***Counsel for Defendant CVS Pharmacy, Inc.***

October 12, 2026
Charleston, South Carolina