UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ENI CLEMENT OKONOFUA, MD, *Plaintiff*, Versus CVS PHARMACY, INC., *Defendant*. | C/A No. 2:26-cv-4798-RMG **CERTIFICATE OF SERVICE** |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant CVS Pharmacy, Inc. do hereby certify that on **October 12, 2026**, I have served counsel in this action with a copy of the pleadings herein below via E-Mail and United States Mail, postage prepaid, at the following address:

Pleadings: Notice of Removal with associated documents for Removal, and Answers to Local Civil Rule 26.01 Interrogatories

Parties served: Christopher M. Ramsey, Esquire
cramsey@bosticlaw.com
THE BOSTIC LAW GROUP, P.A.
2236 Ashley Crossing Dr.
Charleston, SC 29414
**COUNSEL FOR THE PLAINTIFF**

*s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 29402