**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**-Charleston Division-**

| | |
|---|---|
| ENI CLEMENT OKONOFUA, MD,<br>*Plaintiff*,<br>–v–<br>CVS PHARMACY, INC.,<br>*Defendant*. | Case No. 2:26-cv-04798-RMG |

**STIPULATION REGARDING DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff Eni Clement Okonofua, MD ("Plaintiff") and Defendant CVS Pharmacy, Inc. ("Defendant"), through the undersigned counsel, hereby stipulate pursuant to Local Rule 12.01 (D.S.C.) as follows:

1. Plaintiff brought this case in state court, filing his original complaint on February 24, 2026, and his amended complaint on February 26, 2026.

2. Plaintiff served Defendant on October 2, 2026, and Defendant removed the case to this Court on October 6, 2026.

3. Pursuant to Rule 81(c)(2), Defendant's current deadline for answering or otherwise responding to Plaintiff's amended complaint is October 23, 2026.

4. Plaintiff and Defendant agree that Defendant shall have an additional fourteen (14) days, to and including November 6, 2026, to answer or otherwise respond to Plaintiff's amended complaint.

Dated: October 21, 2026

**For Plaintiff Eni Clement Okonofua, MD:**

BOSTIC LAW, LLC
2236 Ashley Crossing Drive
Charleston, SC 29414
(843) 571-2525
Fax: (843) 571-7050

*s/ Christopher M. Ramsey*
Christopher M. Ramsey (10147)
cramsey@bosticlaw.com

**For Defendant CVS Pharmacy, Inc.:**

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC 2941/02
Phone: (843) 577-4435
Facsimile: (843) 722-1630

*s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com

Paul B. Hynes, Jr. (*pro hac vice forthcoming*)
phynes@zuckerman.com
Zuckerman Spaeder LLP
2100 L Street, NW, Suite 400
Washington, D.C. 20037
Phone: (202) 778-1890
Facsimile: (202) 822-8106