UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(CHARLESTON DIVISION)

| | | |
|---|---|---|
| ENI CLEMENT OKONOFUA, MD,<br>*Plaintiff,* | ) | Case No. 2:26-cv-04 798-RMG |
| v. | ) | **Motion**<br>**in Support of**<br>***Pro Hac Vice* Application** |
| CVS PHARMACY, INC.,<br>*Defendant.* | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Paul B. Hynes, Jr. be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).

☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

________________________________________

________________________________________

☐ No duty of consultation is required because the opposing party is proceeding pro se.

HOOD LAW FIRM, LLC
Firm Name
172 Meeting Street
Street Address or Post Office Box
Charleston, SC 29401
City, State, Zip Code
843-577-4435
Telephone Number
molly.craig@hoodlaw.com; info@hoodlaw.com
E-Mail Address

Molly H. Craig
Name of Local Counsel
**s/ Molly H. Craig**
Signature of Local Counsel
Local Counsel for *CVS Pharmacy, Inc.*

District of South Carolina
Federal Bar Number 6671

revised 09/19/05