# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Paul Bernard Hynes, Jr.

was admitted to practice as an attorney and counsellor at the bar of this Court on October 30, 2006.

I further certify that so far as the records of this office are concerned, Paul Bernard Hynes, Jr. is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 16th day of October
A.D. 2026

By: Ervina Pajalic
*Deputy Clerk*