UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ENI CLEMENT OKONOFUA, MD, | ) | C/A NO. 2:26-cv-04 798-RMG |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CVS PHARMACY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: **Paul B. Hynes, Jr.** who represents **Defendant CVS Pharmacy, Inc.**

- ◻ Be **granted** admission *pro hac vice* in this case.
- ◻ Be **denied** admission *pro hac vice* in this case.

______________________ ________________________________________

Date United States District/Magistrate Judge